IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMIH DIVISION

TRACIE NICHOLS                                                                                          PLAINTIFF

vs.                                       Civil No. 2:20-cv-02077

ANDREW SAUL                                                                                             DEFENDANT
Commissioner, Social Security Administration

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Defendant's Unopposed Motion to Remand.  ECF No. 25.  Plaintiff has no objections to this Motion.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable P. K. Holmes, III referred this case to this Court for the purpose of making a report and recommendation.  In accordance with that referral, this Court enters the following report and recommendation.

Defendant requests Plaintiff's case be remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) so the Commissioner can conduct further proceedings.  ECF No. 25.  Specifically, Defendant requests ALJ to consider the medical opinions from Drs. Dunaway and Williams; further consider the claimant's subjectively reported symptoms pursuant to 20 CFR 404.1529, 416.929, and Social Security Ruling 16-3p; further consider the claimant's residual functional capacity; offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

Based upon the foregoing, this Court recommends Defendant's Unopposed Motion to Remand (ECF No. 25) be **GRANTED,** and Plaintiff's case be reversed and remanded to the Social Security Administration for further administrative review pursuant to Sentence Four of 42 U.S.C. § 405(g).

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Parties are reminded that objections must be both timely and specific to trigger** *de novo* **review by the district court.  See** *Thompson v. Nix*, **897 F.2d 356, 357 (8th Cir. 1990).**

**ENTERED this 13th day of April 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE