UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TRACIE NICHOLS                                                                                    PLAINTIFF

v.                                            No. 2:20-CV-02077

ANDREW SAUL, Commissioner,
Social Security Administration                                                            DEFENDANT

## ORDER

The Court has received a report and recommendations (Doc. 26) from United States Magistrate Judge Barry A. Bryant. The Magistrate recommends that the Court grant Defendant's unopposed motion to remand. Because the motion is unopposed and the Magistrate recommends that it be granted, the Court need not wait until the deadline to object has passed to rule on this matter. The report and recommendations (Doc. 26) is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's unopposed motion to remand (Doc. 25) is GRANTED and this case is REMANDED to the Commissioner for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 13th day of April, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE